## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS T. COLYER, by his Guardian AMY JO DRUCKEMILLER, | : | No. 3:21cv1117 |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | (Chief Magistrate Judge Bloom) |
| | : | |
| COUNTY OF MIFFLIN, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW**, to wit, this _____ day of April 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's objections, (Doc. 101), to Chief Magistrate Judge Daryl F. Bloom's report and recommendation ("R&R"), (Doc. 100), are **SUSTAINED** in part;

2) The R&R, (Doc. 100), is **ADOPTED** in part and **NOT ADOPTED** in part;

3) Defendants' motion for summary judgment, (Doc. 84), is **GRANTED** in part and **DENIED** in part;

4) The R&R is **ADOPTED** insofar as it recommends granting summary judgment on the following claims:

   - Count IV – Conspiracy to Violate Federal and State Civil Rights Against Defendants Shane Tomlinson and Kyle Chesney;

- Count V – Failure to Train, Supervise, and Discipline Against Mifflin County and Warden Joshua Garver;

- Count VI – Deliberate Indifference to Serious Medical Needs Against Mifflin County and Warden Garver; and

- Count VIII – Deliberate Indifference to Serious Medical Needs Against Licensed Practical Nurse ("LPN") Tracy Byers.

5) The R&R is **NOT ADOPTED**, however, to the extent it recommends granting summary judgment on the following claims against Defendants Tomlinson and Chesney:

- Count I – Excessive Force;

- Count II – Assault & Battery;

- Count III – Intentional Infliction of Emotional Distress; and

- Count VII – Deliberate Indifference to Serious Medical Needs.

6) Accordingly, Defendants' motion is **GRANTED** as to Counts IV, V, VI, and VIII but **DENIED** as to Counts I, II, III, and VII.

7) Additionally:

a. Defendants' motion for summary judgment is **DENIED** as to plaintiff's request for punitive damages against Defendants Tomlinson and Chesney individually;

2

b. However, defendants' motion is **GRANTED** as to plaintiff's request for punitive damages against Mifflin County, LPN Byers, and Warden Garver.

8) Defendants Unknown Correctional Officers John Does 1-10, Unknown Medical Providers John Does 1-10, Mifflin County, LPN Tracy Byers, and Warden Garver are **DISMISSED** from this action;

9) The parties shall file a joint status report within ten (10) days of the date of this order apprising the court of the status of Defendant "Beaver"; and

10) A pre-trial conference will be scheduled by way of separate court order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

3